# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA TRAN, an individual,<br><br>   Plaintiff,<br><br>  v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation; KAISER PERMANENTE BERNARD J. TYSON SCHOOL OF MEDICINE, INC., a California Corporation; and DOES 1-25, inclusive,<br><br>   Defendants. | Case No. CV 24-09209-ODW (BFMx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Otis D. Wright II<br>Courtroom: 5D |

# ORDER

The Court has reviewed the reasons offered in support of entry of this Stipulated Protective Order and finds that there is good cause to protect the confidential nature of certain information. Accordingly, the Court adopts the Stipulated Protective Order in this action.

**IT IS SO ORDERED.**

Dated: March 10, 2025

*/s/ Brianna Fuller Mircheff*

Hon. Brianna Fuller Mircheff
United States Magistrate Judge